COOPER LABORATORIES, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STONINGTON

*Donald C. McNeil,* in support of the petition.

Decided December 4, 1979

HENRY SHENSKY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STONINGTON

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.